**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01011-REB-MEH

CIPRIANO M. GARCIA, JR., for himself and all others similarly situated,

    Plaintiffs,

v.

MILGARD MANUFACTURING INCORPORATED d/b/a MILGARD WINDOWS, a Washington corporation,

    Defendant.

## MINUTE ORDER[1]

    Defendant's Unopposed Motion for Leave to Exceed Page Limitations in Motion to Dismiss [#15], filed October 31, 2006, is DENIED.

Dated: November 14, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.