# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01011-REB-MEH

CIPRIANO M. GARCIA, JR., for himself and all others similarly situated,

    Plaintiffs,

v.

MILGARD MANUFACTURING INCORPORATED d/b/a MILGARD WINDOWS, a Washington corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter comes before the court on the **Joint Motion for Order of Administrative Closure** [#24], filed December 15, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be administratively closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion for Order of Administrative Closure** [#24], filed December 15, 2006 is **GRANTED**; and

2. That pursuant to **D.C.COLO.LCivR 41.2**, the clerk **IS DIRECTED TO CLOSE THIS ACTION ADMINISTRATIVELY**, subject to reopening for good cause shown.

Dated December 18, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**