**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01011-REB-MEH

CIPRIANO M. GARCIA, JR., for himself and all others similarly situated,

    Plaintiffs,

v.

MILGARD MANUFACTURING INCORPORATED d/b/a MILGARD WINDOWS, a Washington corporation,

    Defendant.

## ORDER TO RE-OPEN AND DISMISS CASE WITH PREJUDICE

**Blackburn, J.**

The parties' **Joint Motion For Order Reopening Case Following Administrative Closure And For Order Of Dismissal With Prejudice** [#26] filed January 19, 2010, having come before the Court, and the Court being fully apprised on the matter, it is,

**ORDERED** that the joint motion [#26] is granted and that the case be reopened and dismissed with prejudice as to all claims for relief, with each party to bear his or its own costs and attorney fees.

Dated January 20, 2010, at Denver, Colorado.

                                                  BY THE COURT:

                                                  Robert E. Blackburn
                                                  United States District Judge